THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MOHAMED DIDA, Y51285,

 Plaintiff,

v.

KIMBERLY HVARRE,
JOHN DOE 1,
JANE DOE 1,

 Defendants.

Case No. 3:24-cv-01407-GCS

## INITIAL SCHEDULING & DISCOVERY ORDER

**SISON, Magistrate Judge:**

 This matter is before the Court *sua sponte* for case management purposes. Specifically, this Order reviews Plaintiff's filing fee status and sets forth discovery guidelines as to unidentified defendants.

 Plaintiff has filed a Motion to Proceed In Forma Pauperis (Doc. 3), and now that he has indicated his desire to proceed with this severed case by filing an amended complaint, the Clerk of Court will calculate and assess an initial partial filing fee.

 Plaintiff was allowed to proceed against John Doe 1 and Jane Doe 1. (Doc. 11). Warden Kimberly Hvarre was added as a Defendant in his/her official capacity for the purpose of assisting with the identification of the John Doe 1 and Jane Doe 1. (Doc. 11).

 Limited discovery for the purpose of identifying the John and Jane Doe Defendants will be permitted according to the following schedule.

  1. Plaintiff shall have until **July 29, 2024,** to file a Notice with the Court, and provide to the Warden's attorney, any information he possesses

which will help identify the John and/or Jane Doe Defendant(s), such as: physical description(s), gender, rank, partial name(s)/nickname(s), specific job assignment(s), shift times, and locations and dates where Plaintiff interacted with the John and/or Jane Doe Defendant(s).

2. The Warden shall have until **August 12, 2024,** to file a Notice with the Court, and provide to Plaintiff, the identity of the John and/or Jane Doe Defendant(s). Or, if the Warden is unable to identify the John and/or Jane Doe Defendant(s), the Warden shall provide to Plaintiff any document or information which may assist in the identification of the John and/or Jane Doe Defendant(s).[1]

3. Plaintiff shall have until **August 26, 2024, to file a motion to substitute** specific Defendant(s) for the John and/or Jane Doe(s) or, if the John and/or Jane Doe(s) remain unidentified, to file a motion specifying additional steps that can be taken to identify the John and/or Jane Doe(s).

**Plaintiff is WARNED that his failure to comply with this Order and to identify John Doe 1 and/or Jane Doe 1 will result in the dismissal of these defendants** and the case for failure to prosecute. *See* FED. R. CIV. PROC. 41(b).

---

[1] Such documents may include, for example, incident reports; grievances or other related materials, such as responses, grievance logs and counselor's notes; disciplinary tickets, along with any documents related to the resolution of the tickets; Plaintiff's cumulative counseling summary or other log of interactions with staff during the relevant time; correspondence with staff; and copies of relevant medical records, provided plaintiff has executed the required release form.

IT IS SO ORDERED.

DATED:  June 25, 2024.

Gilbert C Sison
Digitally signed by Gilbert C Sison
Date: 2024.06.25 12:39:19 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**